UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

                Case No. 20-cr-20382

v.                Hon. Paul D. Borman

D-1  DENNIS WILLIAMS,

    Defendant.
_____/

## STIPULATION TO ADJOURNMENT OF SENTENCING

The parties, through undersigned counsel, stipulate to adjourning the defendant Dennis Williams's sentencing hearing to March 2, 2021 at 2:00 PM. The parties seek additional time to review the Presentence Investigation Report, respond (if necessary) to the report, and prepare sentencing memoranda.

So stipulated:

| | |
|---|---|
| s/Steven P. Cares | s/Terra Reynolds (w/ consent) |
| Assistant U.S. Attorney | Attorney for Defendant |
| 211 W. Fort Street, Ste. 2001 | 330 North Wabash Ave., Ste. 2800 |
| Detroit, MI  48226 | Chicago, IL 60611 |
| (313) 226-9139 | (312) 876-7640 |
| Steven.Cares@usdoj.gov | Terra.Reynolds@lw.com |

-2-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Case No. 20-cr-20382

v.        Hon. Paul D. Borman

D-1  DENNIS WILLIAMS,

    Defendant.
_____/

## ORDER ADJOURNING SENTENCING DATE

Upon this Court's consideration of the parties' stipulation for an adjournment of the sentencing date and the Court being apprised of all pertinent circumstances, IT IS ORDERED THAT the sentencing date in this matter is scheduled for March 2, 2021 at 2:00 PM. SO ORDERED.

        s/Paul D. Borman
        Hon. Paul D. Borman
        United States District Judge

Entered: January 6, 2021