UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

                                                             Case No. 20-cr-20382

v.                                                  Hon. Paul D. Borman

D-1  DENNIS WILLIAMS,

      Defendant.
_____/

## STIPULATION TO ADJOURNMENT OF SENTENCING

The parties, through undersigned counsel, stipulate to adjourning the defendant Dennis Williams's sentencing hearing to April 16, 2021 at 12:00 PM. The parties seek additional time to resolve issues related to restitution.

So stipulated:

| | |
|---|---|
| s/Steven P. Cares | s/Terra Reynolds (w/ consent) |
| Assistant U.S. Attorney | Attorney for Defendant |
| 211 W. Fort Street, Ste. 2001 | 330 North Wabash Ave., Ste. 2800 |
| Detroit, MI  48226 | Chicago, IL 60611 |
| (313) 226-9139 | (312) 876-7640 |
| Steven.Cares@usdoj.gov | Terra.Reynolds@lw.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

                Case No. 20-cr-20382

v.                Hon. Paul D. Borman

D-1  DENNIS WILLIAMS,

    Defendant.
_____/

## ORDER ADJOURNING SENTENCING DATE

Upon this Court's consideration of the parties' stipulation for an adjournment of the sentencing date and the Court being apprised of all pertinent circumstances, IT IS ORDERED THAT the sentencing date in this matter is scheduled for April 16, 2021 at 12:00 PM. SO ORDERED.

                s/Paul D. Borman
                Hon. Paul D. Borman
                United States District Judge

Entered: February 23, 2021