UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

Case No.  20-cr-20382
Honorable Paul D. Borman

v.

DENNIS WILLIAMS,

          Defendant.
_____/

**<u>ORDER</u>**

The Court GRANTS the stipulated request to adjourn the sentencing hearing a week.  The sentencing has been re-noticed to May 11, 2021 at 3:00 p.m.  Parties are to file sentencing memorandums with the Court no later than May 3, 2021.

SO ORDERED.

Dated:  April 28, 2021

s/Paul D. Borman
Paul D. Borman
United States District Judge