UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

vs.

NO. 20-20382

HON. PAUL D. BORMAN

DENNIS WILIAMS,

    Defendant.

_____/

## MOTION AND ORDER TO SEAL GOVERNMENT'S EXHIBIT 4 TO ITS SENTENCING MEMORANDUM

The United States of America, by its undersigned attorneys, respectfully requests that Exhibit 4 to its Sentencing Memorandum, consisting of an April 15, 2019 Report of Interview, be sealed until further order of the Court, to protect the identity of a government witness.

IT IS SO ORDERED.

                                                            s/Paul D. Borman
                                                            Paul D. Borman
                                                            United States District Judge

Entered:  May 3, 2021

                                        SAIMA S. MOHSIN
                                      Acting United States Attorney

                                      <u>*s/Steven P. Cares*</u>
                                      David A. Gardey
                                      Steven P. Cares
                                      Assistant United States Attorneys
                                      211 W. Fort Street, Suite 2001
                                      Detroit, MI  48226
                                      (313) 226-9100
                                      David.Gardey@usdoj.gov
Dated: May 3, 2021                      Steven.Cares@usdoj.gov