## TABLE OF EXHIBITS

| Exhibit Number | Description |
|---|---|
| 1 | Terrence Boess letter |
| 2 | William Boutboul letter |
| 3 | Jim Bradley letter |
| 4 | David W. Chapman letter |
| 5 | Troy A. Clarke letter |
| 6 | David A. Curson letter |
| 7 | Danny Glover letter |
| 8 | Sandra McKay-Sanchez letter |
| 9 | Bruce Raynor letter |
| 10 | Rosemarie Salinas letter |
| 11 | Donna Williams letter |
| 12 | Matthew P. Williams letter |
| 13 | Ryan Williams letter |