# EXHIBIT 1

11 March 2021

**To:**
The Honorable Judge Paul D. Borman
Theodore Levin U.S Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226

**Re:**   Court File Number: **2:20-cr-20382-PDB-RSW**

<u>*Letter In Support of Mr. Dennis Duane Williams*</u>

Your Honor,

The following is submitted requesting the Court's recognition of the honor, generosity and the value to his community of Mr. Dennis Duane Williams, to be incorporated into the decision by the ruling Magistrate in the fairest resolution to Mr. Williams' case now before you.

My wife, Susie and I have known Dennis and his wife, Donna for approximately two years. During this time, we have been privileged to enjoy their company and their friendship. We have come to know Dennis and Donna as a loving couple, deeply dedicated to and caring for their two sons and two grandchildren. My kinship with Dennis and Donna Williams was easily formed as they are Marine Corps veterans and are fellow Marines. I am a United States Marine Corps veteran who served eighteen months of four years in the (then) Republic of Viet Nam, in combat conditions.

Based partially on my 30 years as a sworn California police officer, I believe myself capable of accurately and correctly evaluating the honesty and integrity of people I meet and with whom I interact. I am averse to associating with less than honest and trustworthy persons. I find Dennis to be a completely honest, generous and forthright individual. I am witness to his generosity and selfless commitment to his neighbors and residents of the community in which we reside. Dennis is constantly making inquiry to determine the status of elderly and infirm residents of the community. He is always available to generously apply his skills and experience to assist his neighbors in repairs to vehicles or yard care. He is active in the community in clubs and in community improvements. Dennis is a valued resident and member of our community. I cherish his friendship and I hold Dennis in high regard.

After my retirement from law enforcement, I became and am currently a licensed private investigator in the State of California. My experience includes investigations in criminal, civil and product liability cases throughout the United States of America and the United States of Mexico. Having interviewed many hundreds of people, suspects, victims and witnesses, I believe myself capable of recognizing honesty versus deception. My observations of Mr. Williams, his actions and his speech, lead me to believe in and trust Dennis completely.

My experiences in courts cases over five decades have led me to recognize the difference between prosecutions and persecutions. I respectfully beg the Court to consider the instant case regarding Mr. Williams might be the latter as opposed to a just and appropriate pursuit of justice. Dennis Duane Williams is, in my humble but experienced opinion, a valued member of his community, a trusted and loyal friend, and a person of integrity worthy of recognition by and leniency from the ruling Magistrate.

Most Respectfully Submitted,

*[signature]*

Terrence R. Boess
24290 Sunset Vista Drive
Corona, CA 92883-4022
(951) 733-5137
ten35@earthlink.net