# EXHIBIT 2

November 30, 2020

The Honorable Judge Paul D. Borman

Dear Judge Borman,

I am writing this letter to express my support for Dennis Williams. Dennis has shared with me he is expecting to be sentenced early next year after pleading guilty to charges of conspiring with the former United Auto Workers (UAW) President and other senior UAW officials to embezzle UAW dues money.

My wife and I first met Dennis and his wife shortly after we moved into the 55+ retirement community of Terramor in Corona, California nearly two years ago. As neighbors, we have become good friends and have come to know Dennis as one of the kindest and most helpful people we've ever known. He has been active in the community as a member of the Terramor Facilities Committee, the Men's Club, which sponsors events and activities for the residents of Terramor, and he is always friendly, warm and inviting to everyone he meets.

Dennis has also always been very generous in volunteering his time to assist others in need. For example, Dennis helped me install several heavy wrought-iron fixtures to the stucco of my house, which required the use of heavy-duty concrete drill bits and other tools that he used to complete the installation. Most recently, Dennis spent over 6 hours on a Saturday to help me assemble and install a large garage storage cabinet and work bench in my garage. In addition, he has helped several residents with their golf carts for minor repairs and installing accessories. Another example of his willingness to help others involves a neighbor who has owned a Corvette for 46 years, which had been in storage for over 15 years, and did not run. The owner of the car did not want to fix the car and wanted to sell it. Dennis talked the owner into letting him work on the car in the owner's garage to see if he could get it to run again. After several weeks and weekends of Dennis troubleshooting different things and replacing some parts, the car now runs like a top. The owner of the Corvette is overjoyed and is so thankful for Dennis' help and he now wants to keep the car!

Dennis is a good person who is very well liked and respected in our community. Dennis has expressed remorse for what he has done, how sorry he is for what happened, and the stress and anxiety he has experienced as a result of being charged with a crime. He is also extremely concerned and worried about the hardship his wife will endure without him in the event of a stiff sentence, as many of us who know them both are as well.

With all due respect to your authority and the justice system, I respectfully request that a jail sentence not be imposed on Dennis and that an alternative to a jail sentence be considered. If more information is needed, please contact me via email at wboutboul@verizon.net or by phone at (949) 306-1873.

Respectfully,

*[signature: William Boutboul]*

William Boutboul