# EXHIBIT 3

The Honorable Paul D. Borman                                                                 December 3, 2020

Subject: Dennis Williams Case

Honorable Paul D. Borman,

I write this letter in support of Dennis Williams. An effort to describe the character of the man I know, a good man.

I first met Dennis a few years ago when forming a men's club in our community. As one would expect, there are countless challenges when doing so. At the outset Dennis immediately stepped in and helped with whatever needed to be done. He recruited others and encouraged them to contribute as he had done. And yes, Dennis can be persuasive. When it comes to event planning, Dennis is never reluctant to pitch in. At past events he has sold raffle tickets, cooked and even moved furniture. I am constantly on him about handing in receipts for items he has purchased for the benefit of the men's club, but somehow it never happens.

His dedication to the community is unsurpassed. There is no one I know that puts more into being a good citizen than Dennis. From check in on neighbors that have fallen ill to repairing golf cart of others. These are not just one time acts, this happens all the time.

When the Homeowners Association created a "Facility Committee", Dennis was one of the first to volunteer and was selected overwhelmingly. Working with the board of directors, he has been instrumental in bringing changes to our clubhouse and pool areas, making it a much more comfortable community in which to live.

It has been said that if you wish to measure some one's character, you play golf with them. I have ridden in the same cart with Dennis for nearly two years now and as a result, have had many in depth conversations. While we may differ on many subjects, he has always respected my opinion as I have his. If I have learned anything about Dennis, it's that he is a trusting individual. (He believes the yardage I give him) He expects people to do the right thing and when it doesn't happen it bothers him to no end.

I can only hope that what I have written does justice to Dennis's character. I also would welcome a conversation with you to expand on this letter. Please do not hesitate to contact me at your leisure.

Sincerely,

Jim Bradley

(714) 470- 7237    jbradley29@sbcglobal.net