# EXHIBIT 4

**David W. Chapman**
Phone: (309) 397-6393
Address: 11315 W. Farmington Rd.
Hanna City, IL 61536

December 10, 2020

**The Honorable Paul D Borman**
US District Judge
US District Court for the Eastern District of Michigan
Theodore Levin US Courthouse
Detroit, Michigan 48226

To the Honorable Paul D Borman:

My name is David W. Chapman. I retired from Caterpillar Tractor Company in 2013 after 42 years of service. In the final fourteen years of my career, I served as President of the U.A.W. Local 974 in East Peoria, Illinois. Throughout my professional career, I had the pleasure of connecting and working with Denny Williams.

During my union tenure, I worked very closely with Denny Williams. I met Denny in 1973 during a union training, which began our working relationship. In 2005 and 2011, I proudly worked with Denny in securing back-to-back contracts with Caterpillar without initiating any strike action. During this time, I witnessed firsthand his dedication and passion for the workers in our Union. He worked tirelessly to ensure fairness, equality, and a safe working environment for our union members.

Denny also played a large role in our community through his charity events. He initiated golf outings in Peoria & Ottawa Illinois as well as in Jamesville Wisconsin as a resource to support people in need. The funds raised through the golf outings were sent directly to local food banks and shelters. Denny has always had a heart for helping others.

Thank you for your attention,

*[signature]*

David W. Chapman