# EXHIBIT 5



**Navistar International Corporation**
2701 Navistar Drive
Lisle, IL 60532 USA

**P**: 331.332.2539
**E**: troy.clarke@navistar.com

**Troy A. Clarke**
Executive Chairman

Honorable Paul Borman
U.S. District Court Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Room 226
Detroit, MI 48330

**Re:** UNITED STATES vs DENNIS WILLIAMS
CASE NO.: 2:20-CR-20382

Dear Judge Borman:

I have been following the press coverage of the issue related to Mr. Dennis Williams. I understand that he has admitted fault and taken responsibility for his actions. I also understand the remorse he feels for the personal pain and anguish he has caused his friends, family and former colleagues.

I am the Executive Chairman and recently retired CEO of Navistar. Navistar is a commercial truck manufacturer headquartered in Lisle, IL., with several manufacturing facilities represented by the UAW. I have known Mr. Williams for over 15 years in various capacities and positions with the UAW. The majority of my most recent interaction with Mr. Williams has been in his position as a member of the Navistar board of directors June 2006 to April 2017.

I have found Mr. Williams to be extremely professional in his dealings with myself and our board. He served on the board during a difficult period of restructuring and business recovery. Although his position on the board is a byproduct of a previous court approved restructuring of retire health care benefits, he served as a full member and participated vigorously in discussions that were important to the turn-around of the company. As a matter of fact, I believe his support of several key decisions were critically important to the future of Navistar.

In addition, I would like to point out the Mr. Williams decided not to receive the board compensation he was due. By the time he left the board, he had contributed over $1.1 million, the total of his accumulated board retainer, to the NITC Supplemental Benefit Trust program, for the benefit of Navistar retirees.

I recognize the significance of Mr. Williams actions. I understand that he has taken responsibility for those actions and I wanted to take this opportunity to provide a letter of support as the judicial proceedings enter the next phase.

Respectfully,

*Troy A. Clarke* (signature)

Troy A. Clarke
Executive Chairman
Navistar, Inc.
2701 Navistar Drive
Lisle, IL 60532