# EXHIBIT 7

**FROM THE DESK OF**
**DANNY GLOVER**
2625 Alcatraz Avenue, #243
Berkeley, CA 94705 USA
Tel: 1-510 450 2500
Fax: 1-510 450 2506

**December 29, 2020**

I have had opportunity of working with hotel workers in the fight for better wages and working conditions for more than a decade. I have also had the opportunity of working with manufacturing workers and supporting workers internationally. My most memorable and proudest moments have been my work with Dennis Williams for nearly 6 years with United Auto Workers and on behalf of the Nissan workers in Mississippi.

In Mississippi, Dennis Williams as President of the UAW built a unique unionization campaign that married civil rights and labor rights. The union launched its campaign in 2013 with the assistance of myself, local clergy and politicians to serve over 6,000 workers in a movement for equitable working conditions, better benefits and wages.

 Over the 6 years that I worked closely with Dennis I saw his devotion to the UAW and how he used his authority to fight for workers' justice and bring worldwide attention to the movement of the workers and the inequities they faced.  There has been no one that I have seen put themselves in the frontlines of the union struggle and with such generosity and openness as Dennis Williams. The idea of service has been a hallmark of Dennis's career, always using his platform to represent a just world for workers and helping to build the UAW as one of the most important unions in the world. Most importantly he laid the groundwork for workers to assert their own capacity and empowerment. Without Dennis's steadfast leadership and support of workers' rights our campaign would not have reached the level of success that it did.

 I stand by Dennis Williams and continue to support him in his retirement, as I am sure he will continue his hallmark of service for workers' civil and labor rights.

Sincerely,

*Danny Glover*

Actor/Humanitarian