# EXHIBIT 9


R&S Associates, LLC

Bruce Raynor
275 Madison Avenue
Suite 2110
New York, NY 10016                                    December 14, 2020


        Dear Judge Borman,

        I was the International President of the labor union UNITE and General
President of UNITE HERE a 500,000 member North American union. I was also
President of Workers United and Executive Vice President of SEIU until I retired
in 2011. I am currently President of the Sidney Hillman Foundation a journalism
award Foundation and President Emeritus of Workers United.

        I really got to know Dennis Williams when he was Secretary Treasurer of the
UAW during the union's long campaign to organize the workers at the Nissan
factory in Mississippi and the Volkswagen plant in Chattanooga, Tennessee. I
worked with Dennis on these campaigns as a volunteer because of my long years
organizing in the south for my unions. I spent a lot of time with Dennis on these
efforts and got to know him very well. After spending over 40 years of my life
working to grow the labor movement he and I bonded over shared values.
I also worked very closely with Dennis after he became President on numerous
organizing efforts in a variety of industries. We also worked on International
efforts to help unions in the United Kingdom.

        Dennis worked tirelessly to advocate on behalf of his members. We met
often and talked by phone quite a bit. I've known him to be a passionate advocate
for his union, its members and workers who need a powerful voice like the UAW.
 Dennis is honest, intelligent and completely dedicated to both the labor movement
and the UAW.

I never saw Dennis talk or act selfishly, nor seek personal gain. He is a committed
union advocate and has a great love for his family and his country and is deeply
committed to work against injustice of any kind. I know Dennis to be a truly

outstanding person who is principled and of the highest moral character. I believe he will devote his retirement to the same goals he pursued during his union career.

Sincerely,

Bruce Raynor