# EXHIBIT 10

December 07, 2020

Rosemaries A. Salinas
139 Lakewood Pointe Drive
Bossier City, La. 71111
(318) 218-4167
Rosiesalinas920@gmail.com

Judge Paul Borman
Re: Dennis D. Williams

Dear Honorable Paul Borman,

Hello, my name is Rosemarie Salinas, known by most as Rosie. I am writing to you today on behalf of my friend, my colleague, and my mentor Dennis D. Williams the defendant.

I said that I am a friend of Dennis's but we didn't start off as friends. As a matter of fact, the first time meeting Dennis is probably not he remembers. I was the president of UAW Local 2166 in Shreveport, Louisiana representing members from a General Motors facility. In 2012 the plant was slated to close so the chairman of the local and I attended a sub-council meeting in Detroit, MI. At that meeting I spoke to the UAW International Leadership which included Dennis. I believe he was the UAW's Secretary-Treasure at the time. I remember this because I ran into him (after I had spoken) while he was conversing with others in leadership and he interrupted his conversation to give warm wishes for not only my locals future but my personal future. I can't tell you exactly what he said just that he encouraged me to stay strong and keep my positive attitude. I always thought that was one of the nicest things, after all he didn't have to even acknowledge me but he did...oh and he remembered my name as well!

Dennis and I became colleagues when I was hired by the UAW International Union in 2012, after my plant closed. At that time, I worked in Region 5 as the education representative and was based out of Missouri. I was responsible for setting up the region's meetings and conferences. Dennis would attend regional events so I was afforded many opportunities to not only hear Dennis speak to our members at each event, but I also was able to get to know him on a more personal level. During this time, I even met and became friends with his wife, Donna, and his sons. Dennis is a very easy person to talk to and he is someone that I always thought really listened to what I said, even if at the time he appeared to be preoccupied with his thoughts. I called Dennis my mentor because that was exactly what he was, and I will be forever grateful for the time he spent advising me on things in my life, personal and professional. I can remember that Dennis would always ask me how I was doing and if I was okay and just so you know when you work for the UAW International if someone in leadership ask how you are doing it was NOT

proper to share your true feelings so the answers were always the same " yes, I'm good" or "I'm fine". At one event Dennis didn't accept that answer from me and took me aside to truly find out what was going on with me. He told me "I know there has been something wrong with you the last few times I've seen you, you haven't had your usual spunk and the spark or shine in your eyes is gone." I told Dennis I wasn't happy working in Region 5, for the director, and that it was horrible and that I truly was unhappy. Dennis asked me how I would feel about moving to Detroit and I answered "when can I start?". Dennis took to heart what I said and worked on getting me moved, which he did.

Upon my move to Detroit, my friendship with Dennis, Donna, and his son Matt grew because we all lived in Detroit and not far from one another. By this time Dennis was now the president of the UAW. Being that I lived downtown just a few miles from the Williams's, I was asked to pick Dennis up from the airport and sometimes drive him to Lansing which of course I did, and totally loved cause it gave me many opportunities to pick his brain. A lot of times during our drives Dennis would get phone calls and you know you respectfully try not to listen but it is not always an easy thing to do and sometimes Dennis would share what the call was about...I always thought it was just to talk it out for himself.

Over the years of getting to know Dennis I have seen him really "go to bat" for a lot of people. Some of those people didn't even know that Dennis was behind the kindness that they received and most of the time that was how he liked it. He was a true believer in our members and our members loved him. In my job I interacted with our members on a regular basis so I was afforded many opportunities to talk to them (our members) and over and over again I would hear praises of Dennis for the fight he fought for their locals and how Dennis was just a regular guy that he would hang out with them and even have a drink with them. You see before Dennis the president of the UAW didn't have many interactions with the members it was mostly they would go to events speak, shake hands and take pictures then leave...Dennis wasn't that guy he wanted to hang out with our members and be available to them.....he would always say that's how you find out what the real issues are.

The UAW has always been a "good ole boys" place until Dennis. Under Dennis's leadership, as president, gave more women opportunities to advance their careers. He truly worked hard at bringing the best out of everyone expecting them to work as hard as he did.

I said earlier that Dennis was my friend, my colleague, and my mentor. Well today, Dennis D. Williams is my friend, as we are now both retired. If it were not for Dennis I would not be where I am today. Without Dennis's advice, support, and most importantly his belief in me, I probably would have quit my job and went back home to Louisiana. Dennis and Donna welcomed me into their home because they knew I lived in Detroit and my family was in Louisiana. They were so very kind to me! I have even spent a couple holidays with them when I was not able to travel

home. Thanksgiving is the holiday that I most spent with them and I am not sure they even know what that meant to be welcomed into their home during such a special holiday that included their entire family. I even got to meet Dennis's two grandchildren which, by the way just adore Dennis.

Being around Dennis, especially during holidays, gave me an even greater respect for him. Dennis always worked. He would get phone calls in all hours of the day including Thanksgiving Day, and he would take these because he always put our members before himself. I know it was hard on him and hurtful to his family that he would put our members first. I know it was frustrating for me to watch the hurt in his family's eyes when his phone would ring. Dennis made huge sacrifices for the UAW but Dennis's family made sacrifices too, throughout his entire career. Now that Dennis is retired, he has the opportunity to try to make up for loss time. He won't be able to get those years back but if given the opportunity I know Dennis will work hard to bring his family back together again and finally put Donna, Matt, Ryan and Ryan's family first like they deserve.

Judge Borman I am sharing these thoughts and experiences, which are just a very few examples, with you to ask you to show leniency when the time comes time to impose sentencing on Dennis. I am not sure if what I shared explains or shows the great work that Dennis has done for the UAW and the members it represents but I want you to know I am available for any questions or clarifications if you need any. I have included all my contact information above so please feel free to contact me for any further information you may need.

Respectfully,

*Rosemarie A. Salinas*

Rosemarie A. Salinas