# EXHIBIT 13

Judge Paul D. Borman

Your Honor,

I am writing today in regard to the sentencing of my father Dennis Williams.

My father has always been my role model, he taught me as young man that as a member of community we had responsibility to each other and duty to do for those who had the least among us.

I witnessed him put these words into actions on numerous occasions. As my little league coach my father would provide rides for kids whose parents did not have the time or inclination to do so for them. He mentored kids who came from troubled homes, gave them a shoulder to lean on and a ear to listen to their problems when often no one else would. He relentlessly fund raised to make our home park a source of pride and for our league to continue providing services to our community.

My father taught me civic duty and the ideals of equality amongst man. I was often ridiculed for not wearing certain clothing, shoe brands, or not shopping at certain stores because of unfair labor practices. I didn't get gas at certain stations because of the companies who supplied their oil supported apartheid in South Africa. I am to this day able to live a principled and examined life because of those lessons and see them as the greatest gifts I ever received from anyone.

I witnessed my father take in family who had nowhere to go and try his hardest to assist family and friends who had fallen on hard times.

Although he worked more than the average father, he would still do his best to make time for us. He would drive hours in the middle of the night to make it to early morning baseball games to make sure I knew that I mattered.

My father spent 30+ years fighting for people's rights to fair wages and their right to live decent lives with dignity based on the fruits of their labor, often sacrificing time with his family because his beliefs were so deeply held. Before that he served in the Marine Corps during a time when many chose to abdicate their duty and rose to the rank of a Noncommissioned Officer in an organization which does not take such appointments lightly.

His desire to serve has been reflected in his military and community service. He has spent most of his life in service to others and inspired me to do the same. I was proud to follow in his footsteps as a Marine and thought of his service when I

decided to leave my job in large insurance company, to take a significant pay cut in order to continue to serve my country and my fellow veterans in my current position.

I ask that you consider the totality of his life, what he has gave to the communities of which he was part of, and his service to his country as a US Marine and not just the circumstances which necessitate the need for this letter when deciding upon a sentence.

Should you need any further information I would be happy to provide whatever is asked for or discuss the matter further.

Thank you for your time and consideration.

Respectfully submitted,

Ryan C. Williams
2331 W. Goldcrest Avenue
Milwaukee, Wisconsin
847-226-9976